IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LAMAR WHITE | § | |
| VS. | § | CIVIL ACTION NO. 1:25cv269 |
| JANE DOE, ET AL. | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Lamar White, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against two Jane Doe Defendants. Plaintiff alleges Defendants failed to provide him with proper medical care while he was incarcerated at the Bexar County Adult Detention Center.

Discussion

The Civil Rights Act, 42 U.S.C. § 1981, *et. seq.*, under which this case is brought, does not contain a specific venue provision. Accordingly, venue in civil rights cases is controlled by 28 U.S.C. § 1391.

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants resides or in which the claim arose. Plaintiff's claim involves events that occurred in Bexar County. His claim therefore arose in Bexar County. Further, Defendants appear to reside in Bexar County.

Pursuant to 28 U.S.C. § 124, Bexar County is located in the San Antonio Division of the United States District Court for the Western District of Texas. As a result, venue in the Eastern District of Texas is not proper.

When it is determined venue is not proper, the court "shall dismiss, or if it be in the interests of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). After considering the matter, the court is of the opinion that this case should be transferred to the Western District of Texas.

## ORDER

For the reasons set forth above, it is **ORDERED** that this lawsuit is **TRANSFERRED** to the San Antonio Division of the United States District Court for the Western District of Texas.

**SIGNED this the 4th day of November, 2025.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE